

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>MIGUEL ANGEL<br>CARDENAS-RESENDEZ,<br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-MJ-01068-DUTY<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>May 27</u>, <u>2016</u>, at <u>10:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>E</u>.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: May 23, 2016

_____
U.S. District Judge/Magistrate Judge